# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

140322(40)(41)(45)(46)(47)(48)(49)

WILLIAM POLLARD,
　　　　Plaintiff-Appellant,

v

SUBURBAN MOBILITY AUTHORITY for
REGIONAL TRANSPORTATION, d/b/a
SMART,
　　　　Defendant-Appellee.

SC: 140322
COA: 288851
Wayne CC: 07-729771-NI

_____

　　　　On order of the Chief Justice, motions by John A. Braden, The Michigan Assication of Counties, Wayne County, the Michigan County Road Commission Self-Insurance Pool, and the Michigan Association for Justice for leave to file briefs *amicus curiae* are considered and they are GRANTED.

　　　　Motions by Wayne County and the Department of Transportation for leave to participate in oral argument are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

Clerk